IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DANNY SING, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:15CV134 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, Director of the | ) | **MEMORANDUM** |
| Nebraska Department of Corrections, | ) | **AND ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on Petitioner's request for information regarding the status of his case. (Filing No. 21.) Specifically, Petitioner is concerned about the change in presiding judge.

This case was reassigned to me on or about February 18, 2016. (Filing No. 20.) All previous orders and rulings entered in this case stand. The court will address the issues raised in the case in its normal course of business.

DATED this 29th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge